AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| | | |
|---|---|---|
| Lisber Perez Argueta, Fernando Romero Reyes, and Jose Reyes Rodriguez, | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No. 23 Civ. 2559 (JHR) |
| Vistamar Restaurant & Lounge Corp. and Rafael Robles, | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Plaintiffs, both on behalf of themselves and all others similarly situated_

Date: 03/29/2023

_____
*Attorney's signature*

Camille Andrea Sanchez, 6018014
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
*Address*

sanchez@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*