UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LISBER PEREZ ARGUETA, FERNANDO
ROMERO REYES, AND JOSE REYES
RODRIGUEZ, *on behalf of themselves and all
others similarly situated*,

                                      Plaintiff(s),

       -against-

VISTAMAR RESTAURANT & LOUNGE
CORP. d/b/a VISTAMAR RESTAURANT and
RAFAEL ROBLES,

                                      Defendant(s).
-------------------------------------------------------------X

DOCKET NO.: 1:23-cv-02559-JHR

**NOTICE OF APPEARANCE**

      The undersigned hereby appears as counsel for Defendants VISTAMAR RESTAURANT & LOUNGE CORP. and RAFAEL ROBLES.

Dated:   Bronx, New York
             May 31, 2023

            /S/
            _____
            VICTOR J. MOLINA
            VJM-1741
            Attorney for Defendants
            VISTAMAR RESTAURANT &
            LOUNGE CORP. and RAFAEL ROBLES
            930 Grand Concourse
            Bronx, NY 10451
            Tel.: (718) 401-1600
            v.j.molina@verizon.net

To:   PECHMAN LAW GROUP, PLLC
      *Attorneys for Plaintiffs*
      488 Madison Avenue
      New York, NY 10022
      Tel.: (212) 583-9500
      Cuadra@pechmanlaw.com