# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

June 15, 2023

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 12B
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023
```

Re:  *Argueta v. Vistamar Rest. & Lounge Corp.*, 23 Civ. 2559 (JHR)(BCM),
   **Request to Postpone Settlement Conference**

Dear Judge Rearden:

On behalf of Plaintiffs Lisber Perez Argueta, Fernando Romero Reyes, and Jose Reyes Rodriguez, we submit this letter-motion seeking relief from the requirements of the Order dated June 8, 2023 (ECF No. 16). Plaintiffs make this request because they will pursue their claims on a collective and class action basis (*see* ECF No. 1). As such, proceeding to a settlement conference now would be premature. Defendants consent to this request.

We thank the Court for its time and attention to this matter and are available to discuss it further with the Court if necessary.

Respectfully submitted,

Gianfranco J. Cuadra

cc:  Counsel for Defendants (via ECF)

---

Plaintiffs' request on consent (ECF No. 19) to be relieved of the requirements of the Court's June 8, 2023 Order (*see* ECF No. 16) is GRANTED IN PART. The parties shall be relieved of the Court's order to proceed to an early settlement conference before Magistrate Judge Moses and to engage in limited discovery in aid of settlement. In addition, the initial pretrial conference in this matter, previously scheduled for **August 8, 2023, at 11:30 A.M.**, is RESCHEDULED for **July 13, 2023, at 12:15 P.M.** Additional details regarding the conference will be posted to the docket. In all other respects, the Court's June 8, 2023 Order shall remain in effect. The Clerk of Court is directed to terminate ECF No. 19. SO ORDERED.

*Jennifer H. Rearden*
June 22, 2023