UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISBER PEREZ ARGUETA, FERNANDO ROMERO REYES, and JOSE REYES RODRIGUEZ, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v.-

VISTAMAR RESTAURANT & LOUNGE CORP. d/b/a VISTAMAR RESTAURANT and RAFAEL ROBLES,

                Defendants.

---

23 Civ. 2559 (JHR)

ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

On June 8, 2023, the Court referred this case to Magistrate Judge Barbara C. Moses for settlement. *See* ECF No. 17. Per the parties' request (ECF No. 19), it is HEREBY ORDERED that the reference is WITHDRAWN.

    SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                                         */s/ Jennifer H. Rearden*
                                                         JENNIFER H. REARDEN
                                                         United States District Judge